No. 00–9479. FOSTER *v.* JONES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–9480. HERNANDEZ *v.* DUNCAN, SUPERINTENDENT, GREAT MEADOWS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–9482. HINSON *v.* FLORIDA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–9483. GONZALES *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–9485. FLOURNOY *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 00–9487. ZUBIATE *v.* PLILER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–9492. EVANS *v.* DETELLA, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–9498. GRESHAM *v.* HAWK SAWYER, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–9537. FUSON *v.* PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–9544. GARCIA *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 00–9642. COULSON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 00–9646. SENGER *v.* TERHUNE, COMMISSIONER, NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–9672. STENNIS *v.* PRESIDING JUDGE OF CIRCUIT COURT OF ILLINOIS, COOK COUNTY. Sup. Ct. Ill. Certiorari denied.

No. 00–9679. TAYLOR *v.* KMART CORP. C. A. 4th Cir. Certiorari denied.